# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ARTIS MAURICE WASHINGTON,

        Petitioner,

       v.

TIM VIRGA, Warden,

        Respondent.

Case No. CV 10-9623 PA (JCG)

**JUDGMENT**

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: March 17, 2011

_____

HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE